IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, IBEW LOCAL 22/NECA PENSION PLAN A, IBEW LOCAL 22/NECA DEFINED CONTRIBUTION PLAN B, OMAHA BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 22 VACATION - HOLIDAY TRUST FUND, NEBRASKA ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, LOCAL LABOR MANAGEMENT COOPERATING COMMITTEE, NATIONAL LABOR MANAGEMENT COOPERATING COMMITTEE, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, and IBEW LOCAL 22/NECA HEALTH AND WELFARE PLAN,

Plaintiffs,

v.

NEBRASKA ELECTRIC, L.L.C.,

Defendant.

**8:26CV157**

**ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT**

This matter is before the court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review

of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 20th day of August 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge