**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al.,**

**Plaintiffs,**

**vs.**

**NEBRASKA ELECTRIC, L.L.C.,**

**Defendant.**

**8:26CV157**

**ORDER**

This matter is before the Court on the Motion to Withdraw as Counsel (Filing No. 27) filed by Patrick J. Barrett and the law firm of Fraser Stryker PC LLO, counsel for Defendant Nebraska Electric, L.L.C. After review of counsel's motion and supporting affidavit, the Court finds good cause to permit withdrawal. Counsel has advised Defendant that it must retain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (Filing No. 27) filed by Patrick J. Barrett and the law firm of Fraser Stryker PC LLO is granted. Mr. Barrett is deemed withdrawn as counsel for Defendant. The Clerk of Court is directed to terminate electronic notice to Mr. Barrett in this case.
2. Corporate entities cannot litigate in this forum without representation by licensed counsel. See *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994). Therefore, on or before **December 7, 2026**, Nebraska Electric, L.L.C., shall obtain the services of new counsel and have that attorney file an appearance on its behalf. If substitute counsel does not enter an appearance by that date, the Court may file an entry and/or judgment of default against Nebraska Electric, L.L.C., without further notice.
3. The Clerk of Court shall update the docket and mail notice of this Order to:

   Nebraska Electric, L.L.C.
   Attn: Mr. Shawn Bargers
   202 E Reichmuth Rd
   Valley, NE 68064

Dated this 6th day of November, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge